## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KIMBERLY MARIE JOHNSON | § | CASE NO. LA10-23404-VZ |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE VINCENT ZURZOLO |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Residential Credit Solutions**
**4282 N. Freeway**
**Fort Worth, Texas 76137**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 7426-N-0077
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Residential Credit Solutions

## CERTIFICATE OF SERVICE

    I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before April 19, 2010:

**Debtors' Attorney**
Peter M Lively
The Law Offices Of Peter M Lively
11268 Washington Blvd Ste 203
Culver City, CA  90230-4647

**Chapter 13 Trustee**
Nancy K. Curry
606 South Olive Street, Suite 1850
Los Angeles, California 90014

**U.S. Trustee**
Office of the US Trustee
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017

                                                      /s/ Joe M. Lozano, Jr.

                                                      Joe M. Lozano, Jr.

7426-N-0077
noaelect